# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 31, 2019

### NO. 03-19-00192-CV

**Southern California Sunbelt Developers, Inc.; and Dan Baer, Appellants**

**v.**

**Donald B. Grammer; Colchester Management Services, LLC; Blanco Realty Advisors Limited Partnership, L.L.P.; Brenda J. Grammer; GGDG, Ltd.; Daralyn E. Grammer-Allen; Big A Technology Limited; Apple Management Services, LLC; Gregory M. Grammer; Cherry Blossom Limited Partnership; Lemon Leaf Limited Partnership; Colchester Financial Limited Partnership; Jaguar-Piaget Limited Partnership; and Dinvest, Ltd., Appellees**

---

**APPEAL FROM THE 33RD DISTRICT COURT OF BLANCO COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
REVERSED AND REMANDED -- OPINION BY JUSTICE TRIANA**

---

This is an appeal from the order signed by the trial court on September 6, 2017 and the judgment signed by the trial court on November 9, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's orders. Therefore, the Court reverses the trial court's September 6, 2017 order granting the Rule 91a motion to dismiss, reverses the November 9, 2018 judgment awarding attorney's fees under Rule 91a, and remands this cause to the trial court for further proceedings consistent with the Court's opinion. Appellees shall pay all costs relating to this appeal, both in this Court and in the court below.